

P38847/ESR

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Elisha Rivera, Sr. United States Probation Officer

**RE:** Kiesha Toribio-Sotelo

**DATE:** April 16, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 14, 2003 the above-named individual was sentenced in the Southern District of Florida outlined in the attached J & C.

In April 06, 2008, we received the Prob. 22's endorsed by the Honorable Paul C. Chuck, U.S. District Court Judge, ordering Ms. Toribio-Sotelo's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Elisha Rivera
Sr. U.S. Probation Officer

*[Stamp: ELECTRONICALLY FILED APR 2 8 2008]*